**Order filed August 9, 2012**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00566-CV

———————

**BASIC ENERGY SERVICES, INC D/B/A BES HOLDING COMPANY, Appellant**

**V.**

**BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC., AND EOG RESOURCES, INC, Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-16444**

## O R D E R

This is an appeal from a judgment signed March 31, 2011. On November 4, 2011, the parties notified this court that the parties had reached an agreement to settle the issues on appeal and requested that the appeal be abated for completion of the settlement. This court granted the motion and abated the appeal until December 6, 2011. By request of the parties, the court twice extended the abatement to February 15, 2011.

On April 5, 2012, counsel for appellant Basic Energy Services filed a letter with this court stating she stood ready to sign a joint motion to dismiss the appeal, but did not

have permission to sign on behalf of appellees/cross-appellants Baker Hughes and EOG. As of the date of this order, no brief has been filed by any of the parties to this appeal.

Unless appellant submits a brief to the clerk of this court on or before **September 10, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM